JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>JIN ZHE D/B/A AROMA HEALTH CARE; CHANDRA PROPERTY HOLDINGS, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:24-cv-03048-RGK (ASx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[16] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until July 20, 2024.

SO ORDERED.

DATED: 6/25/2024

_____
R. Gary Klausner
United States District Court Judge

[PROPOSED] ORDER